BEFORE THE THIRD DIVISION, NOVEMBER 28, 1950

No. 54886.—Zausner Foods, Inc. v. United States, protest 152147–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of Edam process-cheese similar in all material respects to that the subject of *Dutch Cheese Importers Co.* v. *United States* (23 Cust. Ct. 98, C. D. 1197), the claim of the plaintiff was sustained.

No. 54887.—Morris, Mann & Reilly, Inc. v. United States, protests 113516–K/91500 and 113517–K/91499 (Chicago).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of leather miniature boxing gloves and baseball gloves or other leather articles similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiff was sustained.

No. 54888.—American Meshed Fur Co. et al. v. United States, protests 125400–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.